**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LEONEL GUSTAVO SOTO LUGO; and** | § | |
| **FELIX RODRIGUEZ,** | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MARKWAYNE MULLIN,** *Secretary, U.S.* | § | **EP-26-CV-00015-DCG** |
| *Department of Homeland Security*; **and** | § | |
| **JOSEPH B. EDLOW,** *Director, U.S.* | § | |
| *Citizenship and Immigration Services*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER SUBSTITUTING DEFENDANT

Now that Markwayne Mullin has succeeded Kristi Noem as the Secretary of the Department of Homeland Security, the Court **DIRECTS** the Clerk of Court to **SUBSTITUTE** Secretary Mullin in Former Secretary Noem's place as a Defendant in the above-captioned case.[1]

**So ORDERED and SIGNED this 26th day of March 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[1] *Compare* Compl., ECF No. 1, at 4 (stating that "[t]his suit is being brought against" Secretary Noem "in her official capacity"), *with* FED. R. CIV. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending.  The officer's successor is automatically substituted as a party.  Later proceedings should be in the substituted party's name . . . . The court may order substitution at any time . . . .").

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the cited document's internal pagination.